# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Six United States Postal Service Priority Mail Express and Priority Mail parcels, currently in the custody of the United States Postal Inspection Service | ) ) ) ) ) ) ) ) Case No. 5:23-MJ-00066 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b), and 846 | See attached affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days*:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

United States Postal Inspector, David Wilson
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: Riverside, CA        Honorable Shashi H. Kewalramani, U.S. Magistrate Judge
*Printed name and title*

AUSA: Mitchell Suliman (951-276-6026)

**AFFIDAVIT**

I, David Wilson, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search six United States Postal Service ("USPS") Priority Mail Express and Priority Mail parcels, currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1" through "SUBJECT PARCEL 6," and, collectively, the "SUBJECT PARCELS"). The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B. Attachments A and B are incorporated by reference into my affidavit.

2. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of or investigation

into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are relayed in substance and in part only.

## II. **INTRODUCTION**

3. I, David Wilson, am now and have been continuously employed as a sworn Federal Agent for the United States Postal Inspection Service since May 12, 2007. Prior to my employment as a Postal Inspector, I was employed with the Drug Enforcement Administration as a Special Agent for three years. I am assigned to the Nashville, Tennessee Miscellaneous Team and responsible for the investigation of narcotic and money laundering investigations. I have participated in numerous controlled substance investigations involving the transportation of controlled substances or proceeds through parcel delivery services, to include the USPS, as well as private delivery couriers such as United Parcel Service (UPS) and Federal Express (FedEx). Furthermore, in the course of assisting in past investigations, I have spoken with other Postal Inspectors and law enforcement agents who have substantial experience related to investigating schemes that utilize the U.S. Mail, and the evidence that can be obtained as a result.

4. As a Postal Inspector, my duties are to investigate violations of postal law as it relates to mail theft, identity theft, and crimes against employees of the Postal Service. Additionally, my responsibilities include the investigation of the unlawful use of the U.S. Mail for criminal activity, including the transportation of contraband materials through the

U.S. Mail.  As part of my experience, I have received instruction in the identification, collection and preservation of evidence, photography, latent print collection and crime scene investigations.  I have completed thousands of hours of criminal investigations – compiling information, interviewing victims, witnesses, and suspects, and collecting evidence to support the filing of criminal complaints.  I have worked with other experienced Postal Inspectors, Law Enforcement Officers and Supervisors and have gained valuable knowledge and experience from them.  I have prepared and assisted in the planning and service of numerous search warrants.

    5.   As a federal law enforcement officer, I am authorized to investigate violations of laws of the United States and authorized to execute search and arrest warrants under the authority of the United States.

    6.   My conclusions are based on the facts set forth in this affidavit, which I learned from my personal investigation and from other investigators in this case.  Also, my statements and conclusions in this affidavit are based on my training and experience and on information relayed to me by other federal, state, and local law enforcement officers.  Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have set forth only the facts that I believe are necessary to establish that probable cause exists to believe that evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 843(b), and 846 will be found in SUBJECT PARCEL ONE through SUBJECT PARCEL SIX.

### III. STATEMENT OF PROBABLE CAUSE

#### A. Background

7. Based on my training and experience as a Postal Inspector, and the experiences relayed to me by fellow Postal Inspectors who specialize in drug investigations, I declare as follows:

    a. Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s. In the early 1990s, Postal Inspectors in Los Angeles, California, and surrounding regions such as the High Desert/Low Desert areas that include Riverside and San Bernardino Counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances. Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels. During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

    b. Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders. By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much

4

smaller conveyances, which lend a sense of legitimacy to the parcel.

        c.    The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances. Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

        d.    Drug traffickers often use one of two USPS services: Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product. Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point. Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track

5

the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

8. Based on my training and experience, and the collective experiences relayed to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

    a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope.

    b. The parcel bears a handwritten label, whether USPS Priority Mail Express or Priority Mail.

    c. The handwritten label on the parcel does not contain a business account number.

    d. The seams of the parcel are all taped or glued shut.

    e. The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

    f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

9. Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

10. I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or

addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases and suspicious parcels.  Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Initial Investigation of the SUBJECT PARCELS**

11.  On February 9, 2023, I identified the SUBJECT PARCELS at the San Bernardino Distribution and Processing Center, during routine parcel profiling.  In doing so, I saw that the SUBJECT PARCELS met some of the above-mentioned indicia for the identification of parcels containing drugs or drug trafficking proceeds.  Specifically, the SUBJECT PARCELS were mailed using USPS Priority Mail Express and Priority Mail, and they did not contain business account numbers.

12.  On February 9, 2023, I used law enforcement and open-source databases to look up the return and recipient addresses listed on the SUBJECT PARCELS and determined the following:

    a.   SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 7279 3039 9914 78.  The return address for SUBJECT PARCEL 1 is "Brian Castillo, 8684 Kaiser Ave., Fontana, CA 92335."  I was able to find the address using law enforcement and open-source database and was unable to associate "Brian Castillo" with that address.  The recipient address listed for SUBJECT PARCEL 1 is "Kiara Castillo", 7217 N Ola Ave., Tampa, FL 33604.  I found the address using law enforcement and open source databases and was unable to

7

associate "Kiara Castillo" with that address. I know through my training and experience that those sending and receiving narcotics through the mail will often use fictitious names or someone else's name to avoid law enforcement detection. SUBJECT PARCEL 1 was mailed on February 8, 2023. It weighs 4 pounds, 5.2 ounces, and has $22.80 in US Postage affixed.

      b.    SUBJECT PARCEL 2 is a USPS Express Mail parcel bearing tracking label number EI 597 489 340 US. The return address for SUBJECT PARCEL 2 is "Jasmine Wade", 13458 Banning St., Fontana, CA 92336. I found the address using law enforcement and open-source databases and was unable to associate "Jasmine Wade" to that address. The recipient address for SUBJECT PARCEL 2 is "Kim Wade", 6460 Ross St., Philadelphia, PA 19119. I found the address using law enforcement and open-source databases and was unable to associate "Kim Wade" to that address. SUBJECT PARCEL 2 was mailed on February 9, 2023. It weighs 6.8 ounces and has $43.70 in US Postage affixed.

      c.    SUBJECT PARCEL 3 is a USPS Express Mail parcel bearing tracking label number EI 327 226 434 US. The return address for SUBJECT PARCEL 3 is "Tiffany Smith", 40199 White Leaf Lane, Murrieta, CA 92562. I found the address using law enforcement and open-source databases and was unable to associate "Tiffany Smith" to that address. The recipient address listed for SUBJECT PARCEL 3 is "James Neal", 637 Salisbury Rd., Statesville, NC 28677. I found the address using law enforcement and open-source databases and was unable to associate the name "James Neal" to that address. SUBJECT PARCEL

3 was mailed on February 9, 2023. It weighs 5 pounds, 5 ounces and has $91.40 in US Postage affixed.

      d.    SUBJECT PARCEL 4 is a USPS Express Mail parcel bearing tracking label number EI 327 226 425 US.  The return address for SUBJECT PARCEL 4 is "Tiffany Smith", 40199 White Leaf Lane, Murrieta, CA 92562.  I found the address using law enforcement and open-source databases and was unable to associate "Tiffany Smith" to that address.  The recipient address for SUBJECT PARCEL 4 is "Turese Jones", 2801 Old Williamsburg Rd., Apt.4E Yorktown, VA 23690.  I found the address using law enforcement and open-source databases and was unable to associate "Turese Jones" to that address. SUBJECT PARCEL 4 was mailed on February 9, 2023. It weighs 2 pounds, 4 ounces, and has $67.60 in US Postage affixed.

      e.    SUBJECT PARCEL 5 is a USPS Express Mail parcel bearing tracking label number EJ 962 681 833 US.  The return address for SUBJECT PARCEL 5 is "Maniusi(SP)Sumiten(SP)", 2304 E Casa Linda Dr., West Covina, CA 91791.  I found the address using law enforcement and open-source databases and was unable to associate "Maniusi(SP)Sumiten(SP)" to that address. The recipient address listed for SUBJECT PARCEL 5 is "Matteo Gnassi", 2890 West Broward BLVD, Unit B #401, FL 33312.  I found the address using law enforcement and open-source databases and was unable to associate "Matteo Gnassi" to that address. SUBJECT PARCEL 5 was mailed on February 9, 2023. It weighs 1 pounds, 11 ounces, and has $59.65 in US Postage affixed.

    f. SUBJECT PARCEL 6 is a USPS Express Mail parcel bearing tracking label number EI 615 996 756 US.  The return address for SUBJECT PARCEL 6 is "Brian Richardson", 1316 Bannock St., Beaumont, CA 92223.  I found the address using law enforcement and open-source databases and was unable to associate "Brian Richardson" to that address.  The recipient address listed for SUBJECT PARCEL 6 is "Alexandria Pierce", 940 Woodstock Ct., Sewell, NJ 08080.  I found the address using law enforcement and open-source databases and was unable to associate "Alexandria Pierce" to that address.  SUBJECT PARCEL 6 was mailed on February 9, 2023. It weighs 23 pounds and 1 ounce, and has $276.35 in US Postage affixed.

  **C.** **Drug-Detection Dog Alerts to the SUBJECT PARCELS**

  13. On February 9, 2023, based on the suspicious characteristics of the SUBJECT PARCELS, San Bernardino County Sheriff's Department Officer Kristina Winegar had her trained narcotics detection dog, "Roxy," examine the exterior of the SUBJECT PARCELS.  Attached to my affidavit as Exhibit 1, and incorporated by reference, is a true and correct copy of Officer Winegar's declaration describing "Roxy's" training and history in detecting controlled substances.

  14. To examine the SUBJECT PARCELS, USPIS personnel placed them in an area where Officer Winegar could perform a canine sniff with "Roxy."  Officer Winegar informed me that "Roxy" gave a positive alert to each of the SUBJECT PARCELS separately, indicating the presence of controlled substances or other items,

such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

## IV. CONCLUSION

15. For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described in Attachment B.

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone
on this _____ day of February 2023.

_____
THE HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PARCELS TO BE SEARCHED

1.  The following six USPS Priority Mail and Priority Mail Express parcels seized on February 9, 2023, at the San Bernardino Processing and Distribution Center located in San Bernardino, California, and currently in USPIS custody:

    a.  SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 7279 3039 9914 78.  The return address for SUBJECT PARCEL 1 is "Brian Castillo, 8684 Kaiser Ave., Fontana, CA 92335."  The recipient address listed for SUBJECT PARCEL 1 is "Kiara Castillo", 7217 N Ola Ave., Tampa, FL 33604.  SUBJECT PARCEL 1 was mailed on February 8, 2023. It weighs 4 pounds, 5.2 ounces, and has $22.80 in US Postage affixed.

    b.  SUBJECT PARCEL 2 is a USPS Express Mail parcel bearing tracking label number EI 597 489 340 US.  The return address for SUBJECT PARCEL 2 is "Jasmine Wade", 13458 Banning St., Fontana, CA 92336.  The recipient address for SUBJECT PARCEL 2 is "Kim Wade", 6460 Ross St., Philadelphia, PA 19119.  SUBJECT PARCEL 2 was mailed on February 9, 2023. It weighs 6.8 ounces and has $43.70 in US Postage affixed.

    c.  SUBJECT PARCEL 3 is a USPS Express Mail parcel bearing tracking label number EI 327 226 434 US.  The return address for SUBJECT PARCEL 3 is "Tiffany Smith", 40199 White Leaf Lane, Murrieta, CA 92562.  The recipient address listed for SUBJECT PARCEL 3 is "James Neal", 637 Salisbury Rd., Statesville, NC 28677.  SUBJECT PARCEL 3 was mailed on February

9, 2023. It weighs 5 pounds, 5 ounces and has $91.40 in US Postage affixed.

    d.    SUBJECT PARCEL 4 is a USPS Express Mail parcel bearing tracking label number EI 327 226 425 US.  The return address for SUBJECT PARCEL 4 is "Tiffany Smith", 40199 White Leaf Lane, Murrieta, CA 92562.  The recipient address for SUBJECT PARCEL 4 is "Turese Jones", 2801 Old Williamsburg Rd. Apt 4E, Yorktown, VA 23690.  SUBJECT PARCEL 4 was mailed on February 9, 2023. It weighs 2 pounds, 4 ounces, and has $67.60 in US Postage affixed.

    e.    SUBJECT PARCEL 5 is a USPS Express Mail parcel bearing tracking label number EJ 962 681 833 US.  The return address for SUBJECT PARCEL 5 is "Maniusi(SP)Sumiten(SP)", 2304 E Casa Linda Dr., West Covina, CA 91791.  The recipient address listed for SUBJECT PARCEL 5 is "Matteo Gnassi", 2890 West Broward BLVD, Unit B #401, FL 33312.  SUBJECT PARCEL 5 was mailed on February 9, 2023. It weighs 1 pounds, 11 ounces, and has $59.65 in US Postage affixed.

    f.    SUBJECT PARCEL 6 is a USPS Express Mail parcel bearing tracking label number EI 615 996 756 US.  The return address for SUBJECT PARCEL 6 is "Brian Richardson", 1316 Bannock St., Beaumont, CA 92223.  The recipient address listed for SUBJECT PARCEL 6 is "Alexandria Pierce", 940 Woodstock Ct., Sewell, NJ 08080.  SUBJECT PARCEL 6 was mailed on February 9, 2023. It weighs 23 pounds and 1 ounce and has $276.35 in US Postage affixed.

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

    a.   Any controlled substances, including marijuana; cocaine; methamphetamines; opioids (including fentanyl); etc.

    b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000.

    c.   Parcel wrappings used to conceal items described in (a) and/or (b).

# Exhibit 1

**EXPERTISE OF DECLARANT**

I, Detective Kristina Winegar B5848, I am a Detective with the San Bernardino County Sheriff's Department. I have been so employed since March 2002. I attended the San Bernardino County Sheriff's Basic Academy where I was given instruction in basic investigations, crimes against persons, crimes against property, and narcotic/controlled substance identification. I have conducted numerous investigations involving Forgery, Possession of stolen property, theft and fraud as well as violent crimes, assaults, homicides and sexual crime. I have been involved in well over 300 investigations/arrests involving burglaries, thefts, crimes against persons, identity theft, assault on person, and narcotics sales and possession.

NARCOTICS DIVISION: May 2014 to present.
In May 2014, I was temporarily assigned as the narcotics division High Desert Set team. I successfully completed 24-hour Short Hall Operations (STABO) training with Campaign Against Marijuana Planting (CAMP). Later that month, I was permanently assigned to narcotics. I was assigned as a Narcotics K9 handler in June 2014. While assigned to the Narcotics have participated in undercover buys where I have bought ecstasy at large public gathering events.

NARCOTICS/CANINE EXPERTISE:
I have attended a 120-hour course at Vohne Liche Kennels in narcotics detection. I attend this course with my K9 partner Roxy, a brown and white Springer Spaniel. K9 Roxy and I are a certified narcotics detection team through the California Narcotics Canine Association. We attend monthly maintenance training sponsored by Vohne Liche Kennels, weekly training with the Inland Empire Police Canine Association and Roxy and I train daily. Roxy has given a positive alert over 600 times in searches where illegal narcotics have been located and/or seized. I have written and served search warrants for narcotics transportation and sales, marijuana cultivation, stolen property, records/identity theft and other various criminal offenses. I have attended a 40 hour criminal interdiction conference in Austin Texas, a 40 hour criminal interdiction conference in New Orleans Louisiana, a 40 hour criminal interdiction conference in Chicago Illinois, a 40 hour criminal interdiction conference in Miami Florida, a 40 hour criminal interdiction conference in Nashville Tennessee, a 40 hour criminal interdiction conference in San Diego California, a 24 hours jetway interdiction course in Long Beach California, a 8 hour controlled delivery course, a 8 hours drug endangered children's course, a 16 hour reality based detection course with my K9 partner Roxy, a 80 hour Department of Justice methamphetamine clandestine lab safety course instructed by a state certified chemist. I participated in the live cook of methamphetamine, and an 80-hour training course with California Narcotics Canine Association.

Additionally, I have received training in drug use, symptomatology, and recognition of narcotics. I have continued my education in areas of narcotic

sales, trafficking, interdiction and possession, along with dangerous controlled substances including marijuana, methamphetamine, heroin, cocaine, psilocybin(mushrooms), MDMA (Ecstasy), PCP(phencyclidine), testosterone ester and anabolic steroids.

I have worked as a full time certified K9 handler since July 10, 2014. Since successfully completing K9 handler training, Roxy is responsible for the seizure of over 4,500 pounds of marijuana, 50 pounds of cocaine, over 300 pounds of methamphetamine, 600 pounds of liquid methamphetamine, 32 pounds of heroin, 250 pounds of concentrated cannabis, over 4,320 MDMA(Ecstasy) pills, 15 ounces of synthetic marijuana(spice), 10 kilos of Fentanyl and over $2,000,000 in US currency.

Roxy and I last certified with California Narcotics Canine Association (CNCA) on January 10, 2023.

On February 9, 2023, USPI Wilson requested that I and my narcotics detection K9 "Roxy" assist in a narcotics parcel investigation. On Thursday February 9, 2023, at or about 1713 hours, while conducting a parcel inspection at the USPS facility located on Redland Blvd in San Bernardino, six suspicious parcels were located. The parcels were set on the ground with other like parcels and separated by approximately 2 to 5 feet. I ran my narcotics detection K9 "Roxy" in the direction of the parcels at the facility. Upon reaching the parcels in question, K9 "Roxy" sat and stared indicating a positive "alert", that the packages and/or the contents was saturated with the odor of illegal narcotics.

K9 "Roxy" alerted to the odor of narcotics emitting from the following:

Parcel 1

USPS parcel: 9505 5150 7279 3039 9914 78

Addressed to Kiara Castillo

       7217 N. Ola Ave, Tampa, FL 33604

Parcel 2

USPS parcel: EI 597 489 340 US

Addressed to Kim Wade

       6460 Ross St., Philadelphia, PA 19119

Parcel 3

USPS parcel: EI 327 226 434 US

Addressed to James Neal

    637 Sailsbury Rd., Statesville, NC 28677

Parcel 4

USPS parcel: EI 327 226 425 US

Addressed to Turese Jones

    2801 Old Williamsburg Rd. Apt 4E, Yorktown, VA 23690

Parcel 5

USPS parcel: EJ 962 681 833 US

Addressed to Matteo Gnassi

    2890 West Broward Blvd., Unit B#401 Fl, 33312

Parcel 6

USPS parcel: EI 615 996 756 US

Addressed to Alexandria Pierce

    940 Woodstock Ct., Sewell, NJ 08080

*Kristina Winegar*
_____
Detective Kristina Winegar

San Bernardino County Sheriff